COOLEY LLP
PATRICK P. GUNN (SBN 172258)
pgunn@cooley.com
CHARLES M. SCHAIBLE (SBN 173107)
cschaible@cooley.com
101 California St., 5th Fl.
San Francisco, CA 94111-5800
Telephone: 415.693.2000
Facsimile: 415.693.2222

Attorneys for Plaintiff and Counter-Defendant
KUM TAT LIMITED

JEFFREY L. FILLERUP (SBN 120543)
jfillerup@mckennalong.com
ANDREW S. AZARMI (SBN 241407)
aazarmi@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone:    415.267.4000
Facsimile:     415.267.4198

Attorneys for Defendant and Counterclaimant
LINDEN OX PASTURE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KUM TAT LIMITED,<br><br>         Plaintiff and Counter-Defendant,<br><br>    v.<br><br>LINDEN OX PASTURE, LLC,<br><br>         Defendant and Counterclaimant. | Case No. 3:14-cv-02857-WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>**Date:   January 20, 2015**<br>**Time:  2:00 p.m.**<br>**Dept.:  Courtroom 2, 17th Floor**<br><br>Complaint Filed: June 10, 2014<br>Removal Filed:    June 20, 2014<br><br>Hon. William H. Orrick |

Plaintiff and Counter-Defendant Kum Tat Limited ("Kum Tat") and Defendant and Counterclaimant Linden Ox Pasture, LLC ("Linden Ox") hereby stipulate as follows:

The Court has set a Case Management Conference ("CMC") for January 20, 2015 at 2:00 p.m. After the Court set the CMC, Kum Tat filed a motion to stay the case pending Kum Tat's appeal of the Court's order denying Kum Tat's motion to compel arbitration. Linden Ox has filed an opposition to the motion to stay. The hearing of Kum Tat's motion to stay is set for February 4, 2015. The parties believe that in the interest of judicial economy, the CMC hearing date should be continued until after the Court has ruled on Kum Tat's motion to stay. Accordingly, Kum Tat and Linden Ox stipulate as follows:

1. That the CMC be continued to a date and time, to be set by the Court, after the Court has ruled on Kum Tat's pending motion to stay.

2. That Kum Tat will serve initial disclosures and file an answer to Linden Ox's counterclaim within 10 days after the court's ruling on Kum Tat's motion to stay, if the court denies the motion to stay.

3. That Kum Tat will provide substantive discovery responses to Linden Ox's first set of document requests and first set of requests for admission within 30 days after the court's ruling on Kum Tat's motion to stay, if the court denies the motion. Further, Kum Tat will not serve any new written discovery on Linden Ox until after the substantive responses by Kum Tat, referred to in the prior sentence, have been served on Linden Ox.

DATED: January 13, 2015                COOLEY LLP


By:     /s/ Charles M. Schaible
        Charles M. Schaible
        Attorneys for Plaintiff and Counter-Defendant
        KUM TAT LIMITED

DATED: January 13, 2015                McKENNA LONG & ALDRIDGE LLP

By:    /s/ Jeffrey L. Fillerup
     Jeffrey L. Fillerup
     Attorneys for Defendant and Counterclaimant
     LINDEN OX PASTURE, LLC

## ORDER

Based on the foregoing stipulation and for good cause appearing, IT IS HEREBY ORDERED as follows:

1. The CMC currently set for January 20, 2015 at 2:00 p.m. is continued to February 24, 2015 at 2:00 p.m. The parties are to file a Joint CMC Statement, as previously ordered, at least seven (7) days before the new CMC hearing date.

2. Kum Tat will serve initial disclosures and file an answer to Linden Ox's counterclaim within 10 days after the Court's ruling on Kum Tat's motion to stay, if the Court denies the motion to stay.

3. Kum Tat will provide substantive discovery responses to Linden Ox's first set of document requests and first set of requests for admission within 30 days after the Court's ruling on Kum Tat's motion to stay, if the Court denies the motion to stay; and Kum Tat will not serve any new written discovery on Linden Ox until after the substantive responses by Kum Tat, referred to in the prior sentence, have been served on Linden Ox.

IT IS SO ORDERED.

Dated: January 14, 2015

     WILLIAM H. ORRICK
     UNITED STATES DISTRICT JUDGE

USW 804848386.1